UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL THIEDE,<br><br>   Plaintiff,<br>v.<br><br>SHARPER IMPRESSIONS PAINTING CO. and SHARPER IMPRESSIONS PAINTING OF ATLANTA, LLC,<br><br>   Defendant. | Civil Action File No.<br><br>_____<br><br>Jury Trial Demand |

## COMPLAINT FOR DAMAGES FROM WRONGFUL APPROPRIATION OF IMAGE

COMES NOW, PLAINTIFF, MICHAEL THIEDE, (hereinafter, "Plaintiff" or "Mr. Thiede"), by and through Counsel, and files his Complaint against the above-named Defendants on the following grounds:

### INTRODUCTION

1.

This is a claim for Wrongful Appropriation of Image and damages.

### JURISDICTION

2.

The Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1332.

3.

Defendant Sharper Impressions Painting Co., , (hereinafter, "SIPC"), is an Ohio Corporation that does business in Georgia. Absent acknowledgment of service, SIPC can be served through its registered agent, DYAS Law LLC, PO Box 991, Marysville, OH 43040.

4.

Defendant Sharper Impressions Painting of Atlanta, LLC, (hereinafter, "SIPA"), is an Ohio limited liability company that does business in Georgia. Absent acknowledgment of service, SIPA can be served through its Georgia registered agent, C T CORPORATION SYSTEM at 289 S Culver St, Lawrenceville, GA, 30046-4805.

## VENUE

4.

Defendants operate within the Northern District of Georgia. All actions by Defendants alleged herein occurred within the Northern District of Georgia.

DEBRANSKI & ASSOCIATES, LLC
321 Creekstone Ridge, Woodstock, GA 30188
Telephone 770-926-1957 Telecopier 770-926-8411 or visit us at www.Debranski.com

Venue in this district is proper for the Defendants pursuant to 28 U.S.C. § 1391 (b) and (c).

## PARTIES

5.

Mr. Thiede is an individual resident of Georgia and former employee of SIPA.

6.

Defendant SIPC is a residential painting company with operations in Georgia. On information and belief SIPA is a subsidiary of SIPC and also does business as a residential painting company in Georgia.

## STATEMENT OF FACTS

7.

After leaving his employment with SIPA, Mr. Thiede has continued to work in the painting business outside an area restricted by an noncompete agreement.

8.

Mr. Thiede has built a reputation as a premier paint contracting professional for many years.

9.

In March of 2022, Mr. Thiede discovered that SIPC and SIPA distributed direct mail advertisements using Mr. Thiede's image and likeness which falsely represented to the public that Mr. Thiede was a representative of SIPC and SIPA.

10.

Mr. Thiede did not consent to the use of his likeness in the direct mail advertising.

11.

On information and belief, SIPC and SIPA sent at least 10,000 advertisements by mail to homeowners in North Georgia.

12.

The purpose of mailing the advertisements with the unauthorized photo of Mr. Thiede was to gain financial advantages.

## WRONGFUL APPROPRIATION OF IMAGE

13.

Mr. Thiede reincorporates and realleges the allegations in paragraphs 1. through 12. of this complaint as if fully set forth herein.

14.

SIPC and SIPA used Mr. Thiede's image without his knowledge or permission to gain financial advantage in the residential painting industry.

Wherefore, Mr. Thiede demands judgment in excess of $75,000.00 due to SIPC and SIPA's intentional tort to be determined by the enlightened conscious of a jury.

## PUNITIVE DAMAGES

15.

Mr. Thiede reincorporates and realleges the allegations in Paragraphs 1. through 14. of the Complaint as if fully set forth herein.

16.

Defendants' actions demonstrate an intentional or willful misconduct, and an entire want of care and/or indifferent to the consequences so as to justify an award of punitive damages to the Plaintiff in an amount to be proven at trial.

## ATTORNEY'S FEES

17.

Plaintiff reincorporates and realleges the allegations in Paragraphs 1. through 16. of this Complaint as if fully set forth herein.

17.

Defendants SIPC and SIPA have acted in bad faith, have been stubbornly litigious, and have caused Mr. Thiede unnecessary trouble and expense with regard to the subject of this Complaint. As such, Defendants are liable to Plaintiff for attorney's fees and costs incurred in prosecuting this action in amounts to be proven at trial.

**Prayer for Relief**

Wherefore Plaintiff prays for judgment as follows:

1. That process issue as to SIPC and SIPA;

2. That there be a trial by jury;

3. That Mr. Thiede have judgment against SIPC and SIPA, jointly and severally, of at least $75,000.00 to be determined by the enlightened conscious of a jury;

4. That Plaintiff receive judgment against SIPC and SIPA for Punitive Damages, jointly and severally, in an amount to be determined by the enlightened conscious of a jury;

5. That Plaintiff receive judgment against SIPC and SIPA, jointly and severally, for Attorney's Fees and Costs;

Thiede.Michael Complaint Page 7

6. That this Court grant Plaintiff such other and further relief as this Court deems just and proper.

Respectfully submitted, this 2nd day of May, 2022.

Ronald F. Debranski II
Attorney for Plaintiff Michael Thiede
Ga Bar No. 970355

Debranski & Associates, LLC
321 Creekstone Ridge
Woodstock, GA 30188
770-926-1957

DEBRANSKI & ASSOCIATES, LLC
321 Creekstone Ridge, Woodstock, GA 30188
Telephone 770-926-1957 Telecopier 770-926-8411 or visit us at www.Debranski.com