IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL THIEDE<br><br>  Plaintiff,<br><br>        v.<br><br>SHARPER IMPRESSIONS PAINTING CO., ET AL<br><br>  Defendant. | Civil Action No.<br>1:22-cv-01838-SDG |

## ORDER TO SHOW CAUSE

Plaintiff initiated this action on May 9, 2022. To date, however, there is no indication that Defendant has been served with process. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff had ninety days after filing the Complaint to serve Defendant. Rule 4(m) further provides that

> If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, the Court hereby **ORDERS** that Plaintiff, within 14 days after entry of this Order, **file proof of service of process on Defendant** or **show good cause for the failure to timely effect service**.

Plaintiff is **ADVISED** that failure to comply with the terms of this Order may result in dismissal of this action.

**SO ORDERED** this 6th day of October, 2022.

Steven D. Grimberg
United States District Court Judge