Civil Action No. 1:22cv-01838-SDG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sharper Impression Painting Co. %Dyas Law
was received by me on *(date)* 10-13-22 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Charles R Rojas Reg Agent Sharper Impressing LLC, who is designated by law to accept service of process on behalf of *(name of organization)* Sharper Impression Painting LLC at 21710 Marysville Cal Rd Milford Cente 43045 on *(date)* 10-18-22 8pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-18-22

Rev. Tony Hodge
*Server's signature*

REV. TONY HODGE P.I. AGENT
*Printed name and title*

1695 Franklin ave. Col. Oh. 43205
*Server's address*

Additional information regarding attempted service, etc: